Ethan Chin
Ethan Chin Law
2400 E. Katella Ave., Ste. 800
Anaheim, CA 92806
Tel: (714) 551-5595
Fax: (714) 551-6855
State Bar No,: 280250
ethan@ethanchinlaw.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**CHARLES HENRY SACAYAN**<br><br>**CATHERINE ANGELA MCNICHOLAS SACYAN ,**<br><br>Debtors. | Case No: 6:18-BK-12992-MH<br>Chapter 13<br><br>**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING WITH DEBTOR'S DECLARATION (DELINQUENCY)**<br><br>Date:   January 17, 2019<br>Time:  11:00am<br>Place:  3420 Twelfth Street<br>          Riverside, CA 92501<br>Crtrm: 303 |

**TO: THE HONORABLE MARK D. HOULE; ROD DANIELSON, CHAPTER 13 TRUSTEE; AND ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that the debtors Charles Henry Sacayan and Catherine Angela McNicholas Sacayan ("Debtors") hereby file an OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE. Debtors will file a motion to modify the plan to be current at the above-listed hearing date.

Dated: December 18, 2018

                                                        Ethan Chin
                                                        Attorney for Debtors

## DECLARATION OF CHARLES HENRY SACAYAN AND CATHERINE ANGELA MCNICHOLAS SACAYAN

We, Charles Henry Sacayan and Catherine Angela McNicholas Sacayan, hereby declare as follows:

1. We are the debtors in this Chapter 13 case number 6:18-bk-12992-MH. We have personal knowledge of the facts hereinafter set forth, and if called as witnesses, we could and would testify competently thereto.

2. In order to cure the default of trustee's chapter 13 payments, we will file a motion to modify the chapter 13 plan with a same hearing date as of this opposition to trustee's motion for dismissal and become current in the new modified chapter 13 plan at the hearing date of January 17, 2019.

3. We humbly request the court to dismiss trustee's motion for dismissal and allow Debtors' motion to modify the chapter 13 plan.

We declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on December 18, 2018, at Winchester, California.

_____          _____
Charles Henry Sacayan               Catherine Angela McNicholas Sacayan

**WHEREFORE**, Debtors pray for the following:

1. That the Court denies Trustee's Motion to Dismiss and grant Debtors' motion to modify the plan.

2. For such other relief as this Court deems appropriate.

Dated: December 18, 2018

_____
Ethan Chin
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2400 E. Katella Ave., Ste. 800**
**Anaheim, CA 92806**

A true and correct copy of the foregoing document entitled (*specify*): __**Debtor's Opposition to Trustee's Motion for Order Dismissing Chapter 13 proceeding with Debtor's Declaration (Deliquency)**__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/18/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP represented by Sejal Parmar sparmar2@aissolution.com
Courtesy NEF represented by Nancy L Lee bknotice@mccarthyholthus.com Valerie Smith claims@recovercorp.com
TRUSTEE: Rod Danielson (TR) notice-efile@rodan13.com
Financial Services Vehicle Truste represented by Bret D. Allen ca.ecf@bretallen.com
ATTORNEY FOR DEBTOR: Catherine Angela McNicholas Sacayan & Charles Henry Sacayan represented by Ethan Kiwhan Chin ethan@ethanchinlaw.com
Nationstar Mortgage LLC d/b/a Mr. Cooper represented by Jamie D Hanawalt ecfcacb@aldridgepite.com Nancy L Lee bknotice@mccarthyholthus.com
Trinity Financial Services, LLC represented by Rafael R Garcia-Salgado rgarcia@bwslaw.com Richard J Reynolds rreynolds@bwslaw.com
UNITED STATES TRUSTEE: United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **12/18/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark D. Houle
3420 Twelfth Street., Ste. 365
Riverside, CA 92501-3819

Rod Danielson
3787 University Avenue
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/18/2018 | **Ethan Chin** | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                          F 3015-1.05.MOTION.MODIFY.SUSPEND